# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 10-51120 |
| | HONORABLE ARTHUR J. TARNOW |
| Applicant, | UNITED STATES DISTRICT JUDGE |
| v | MARK A. RANDON |
| | MAGISTRATE JUDGE |
| CHRYSLER, LLC, | |
| Respondent. | |

_____/

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right of the parties, within 30 days and upon good cause shown, to move to vacate this order if settlement is not consummated.

**SO ORDERED.**

S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
United States Senior District Judge

DATED:   May 31, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2011, by electronic and/or ordinary mail.

s/Shawntel Jackson
Case Manager